688 A.2d 708

**Dell YOUNGBLOOD, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Feb. 14, 1997.

Dell Youngblood, for Petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of February, 1997, we GRANT this Petition for Allowance of Appeal and REMAND this matter to the Commonwealth Court for a determination of the timeliness of Petitioner's notice of review to the Commonwealth Court pursuant to *Smith v. Pennsylvania Board of Probation and Parole,* 546 Pa. 115, 683 A.2d 278 (1996).